RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10-10-08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 07-60028 |
| VERSUS | JUDGE MELANÇON |
| ROGER JOSEPH FONTENETTE | MAGISTRATE JUDGE HILL |

### ORDER

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Motion to Suppress filed by defendant, Roger Joseph Fontenette, [Rec. Doc. 18] is **GRANTED** with respect to the marijuana "cigar" and the 9 mm pistol discovered during the search of Fontenette's vehicle on September 15, 2006 and **DENIED** in all other respects.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 9th day of October, 2008.

Tucker L. Melançon
United States District Judge